**SO ORDERED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAKAN DURANTAS, individually and on behalf of all others similarly situated,

                         Plaintiffs,

  -against-

MEDITERRANEAN FOODS, INC.

                        Defendant.
------------------------------------------------------------X

Case No. 1:24-cv-421

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: May 2, 2024

New York, New York

| Mars Khaimov Law, PLLC | Razis & Ross, PC |
|---|---|
| By: /s/ *Mars Khaimov* | By: /s/ *George Razis* |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | George Razis, Esq.<br>23-09 31st Street<br>Astoria, NY 11105<br>Phone: 718-932-7500<br>razislaw@gmail.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

So Ordered: Date 5/3/2024
/s/ Ramon E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close the case.

4895-5040-3388.1